UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

SHANE SAMSON,  Civil No. 07-2253 PJS/AJB

    Petitioner,

v.  O R D E R

UNITED STATES OF AMERICA,
AGENT: WARDEN HOLINKA,

    Respondent.

---

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Arthur J. Boylan dated June 29, 2007, all the files and records, and no objections having been filed to said Recommendation,

IT IS HEREBY ORDERED that:

This action is **DISMISSED WITHOUT PREJUDICE**.

DATED: August 22, 2007.

                                         s/Patrick J. Schiltz
                                         Judge Patrick J. Schiltz
                                         U. S. District Court